# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case No.  **4:14cr58-MW/CAS-3**

**STEFONDRA LANEALE MONROE,**

    **Defendant.**
_____/

## ORDER DENYING EARLY TERMINATION OF SUPERVISION

Defendant has filed her *pro se* motion for early termination of supervision. ECF No. 359.  Pursuant to Defendant's probation officer, Defendant has made a minimal effort during her term of supervision.  The motion is **DENIED**.

**SO ORDERED on September 19, 2017.**

                                                    **s/Mark E. Walker             ____**
                                                    **United States District Judge**